```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0182--CV (JKS)
              "STONINGTON INSURANCE CO V K&K ENTERPRISES ET"

          Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/02/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 08/02/05 receipt # 00126270
          Trial by:
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | STONINGTON INSURANCE CO | Brewster H. Jamieson<br>Lane Powell et al<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |
| DEF 1.1 | K&K ENTERPRISES | No counsel found for this party! |
| DEF 2.1 | BLAKE, KEVIN R. | No counsel found for this party! |
| DEF 3.1 | MONTIEL, GILBERT DOYLE | No counsel found for this party! |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0182--CV (JKS)
                      "STONINGTON INSURANCE CO V K&K ENTERPRISES ET"

                                   For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 08/02/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 08/02/05 receipt # 00126270
          Trial by:


Document #   Filed      Docket text

      1 -  1 08/02/05   Complaint filed; Summons issued.

      2 -  1 08/03/05   PLF 1 Corporate Disclosure.

      3 -  1 10/12/05   PLF 1 motion for leave to serve DEF 3 by publication w/att aff & exh.

      4 -  1 10/13/05   JKS Minute Order re plf to file proofs of service. cc: cnsl

   NOTE -  1 10/17/05   Issued: Notice to Absent Def by publication re DEF 3.

      5 -  1 10/17/05   JKS Minute Order granting motion for leave to serve DEF 3 by publication
                        (3-1). cc: cnsl
```