FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 PM 3: 23

Brewster H. Jamieson, ASBA No. 8411122
Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| STONINGTON INSURANCE COMPANY, | |
|---|---|
| Plaintiff, | |
| v. | Case No. A05-182 CV (JKS) |
| K&K ENTERPRISES; KEVIN R. BLAKE; and GILBERT DOYLE MONTIEL, | **APPLICATION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT** |
| Defendants. | |

Pursuant to Fed. R. Civ. Pro. Rule 55, plaintiff requests that you default the defendant, Gilbert Doyle Montiel, for failure to plead or otherwise defend this action, as stated in the affidavit annexed hereto.

DATED this 30th day of December, 2005.

LANE POWELL LLC
Attorneys for Plaintiff

By _____
Andrea E. Girolamo-Welp, ASBA No. 0211044

I certify that on December 30th, 2005, a copy of the foregoing was served by mail on:

Darryl L. Thompson
841 I Street
Anchorage, AK 99501

*Freddie Wagner*

120845.0001/152696.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

Brewster H. Jamieson, ASBA No. 8411122
Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:    907-276-2631
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STONINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>K&K ENTERPRISES; KEVIN R. BLAKE; and GILBERT DOYLE MONTIEL,<br><br>Defendants. | Case No. A05-182 CV (JKS)<br><br>**AFFIDAVIT IN SUPPORT OF APPLICATION FOR OF ENTRY OF DEFAULT AND DEFAULT JUDGMENT** |

STATE OF ALASKA        )
                                         ): ss.
THIRD JUDICIAL DISTRICT )

      ANDREA E. GIROLAMO-WELP, being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney with the law firm of Lane Powell LLC, counsel for plaintiff in the above-captioned matter. This affidavit is made in support of plaintiff's Application for Entry of Default and Default Judgment.

2. The matters set forth below are based upon my own personal knowledge and upon my review of the files maintained by Lane Powell LLC in connection with this matter.

3. On October 17, 2005, this court granted plaintiff's motion to serve defendant Gilbert Doyle Montiel by publication. (See Court's Docket 5).

4. Plaintiff had the Anchorage Daily News publish the notice on October 26, November 2, November 9, and November 16, 2005. (See attached Exhibit 1)

5. The time within which defendant, Gilbert Doyle Montiel could plead in or otherwise defend this action has expired without such action by defendant Gilbert Doyle Montiel.

6. On information and belief, defendant, Gilbert Doyle Montiel is not an infant or incompetent person, and is not a member of the United States Armed Forces protected by the Soldiers and Sailors Civil Relief Act of 1940 as amended. As of this date defendant, Gilbert Doyle Montiel has not entered an appearance or filed an answer in the above-captioned matter.

7. Plaintiff requests that this Court declare that the Stonington policy does not provide any coverage for the damages arising out of the February 9, 2005 accident with respect to defendant Gilbert Doyle Montiel as stated in plaintiff's Complaint. (See Court's Docket #1).

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

8.  Plaintiff is entitled to recover actual and reasonable attorneys' fees and other costs it incurred in pursing this matter.

DATED this 30th day of December, 2005

*A.E. Girolamo-Welp*
Andrea E. Girolamo-Welp, ASBA No. 0211044

SUBSCRIBED and SWORN TO before me this 30th day of December, 2005.

*Fredricka B Wagner*
Notary Public in and for Alaska
My commission expires: 2/14/09

I certify that on December 30, 2005, a copy of the foregoing was served by mail on:

Darryl L. Thompson
841 I Street
Anchorage, AK 99501

*Freddie Wagner*

120845.0001/152698.167

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Affidavit in Support of Application for Entry of Default and Default Judgment
*Stonington Insurance Co. v. K&K Enterprises, et al.* (Case No. A05-182 CV (JKS))                                Page 3 of 3