UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  STONINGTON INSURANCE CO.   v.   K&K ENTERPRISES, et al.

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                         CASE NO.   A05-0182 CV (JKS)

 Dan Maus

PROCEEDINGS: **CLERK'S NOTICE**                    DATE: January 3, 2006

It appearing from the records in the above-entitled action summons issued on the complaint has been served pursuant to Federal Rules of Civil Procedure upon the below named defendant(s); and it appearing from the affidavit of counsel for plaintiff and the records herein that the below named defendant(s) has failed to plead or otherwise defend in said action as required by said summons and provided for by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for plaintiff, the DEFAULT as aforesaid, of each of the following defendant(s):**Gilbert Doyle Montiel** in the above-entitled action is hereby entered.

[ ]{CLERKNOT.WPD*Rev.09/00}