Issued by the
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

STONINGTON INSURANCE COMPANY,
               Plaintiff
    v.

K&K ENTERPRISES; KEVIN R. BLAKE; and GILBERT DOYLE MONTIEL,
               Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: A05-  (  )

A05-182-CV

TO:   Mr. Kevin Blake
       c/o K & K Enterprises
       191 Aspen Avenue
       Wasilla, Alaska 99664-6411

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff's attorney:

   Brewster H. Jamieson, Esq.
   Andrea E. Girolamo-Welp, Esq.
   Lane Powell LLC
   301 W. Northern Lights Blvd., Suite 301
   Anchorage, Alaska 99501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

IDA ROMACK
_____
CLERK

August 2, 2005
_____
DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/31/06 |
| NAME OF SERVER (PRINT) Lani Gerken | TITLE legal secretary at Lane Powell LLC |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Return executed. Summons and complaint served on Kevin Blake and K+K Enterprises by certified mail - return receipt requested. No. 7002 0510 0003 6345 6130 on 8/4/05. See Exhibit A.

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of American that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 31, 2006
Date

Signature of Server: Lani C. Gerken

Address of Server: Lane Powell LLC, 301 W. Northern Lights Blvd., Ste. 301, Anchorage, AK 99503

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.