| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature — OK per Lonnie<br>X _Holly Bosch_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Holly Bosch   C. Date of Delivery: 3-4-5 |
| 1. Article Addressed to:<br><br>Mr. Kevin Blake<br>K & K Enterprises<br>191 Aspen Avenue<br>Wasilla, AK 99654-6411 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label): 7002 0510 0003 6345 6130 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

EXHIBIT A
PAGE 1 OF 1