Brewster H. Jamieson, ASBA No. 8411122
Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:    907-277-9511
Facsimile:    907-276-2631
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STONINGTON INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>K&K ENTERPRISES; KEVIN R. BLAKE; and GILBERT DOYLE MONTIEL,<br><br>             Defendants. | Case No. A05-00182 CV (TMB)<br><br>**NOTICE OF POTENTIAL SETTLEMENT AS TO DEFENDANTS K&K ENTERPRISES <u>AND KEVIN R. BLAKE</u>** |

COMES NOW plaintiff, by and through counsel, Lane Powell LLC, and gives notice that plaintiff and defendants, K&K Enterprises and Kevin R. Blake, are attempting to amicably resolve this matter and will notify the court as to settlement status. The default of defendant Gilbert Doyle Montiel was entered on January 3, 2006 (Document No. 7); no settlement is contemplated with Montiel.

DATED this 1st day of February, 2006.

                      LANE POWELL LLC
                      Attorneys for Plaintiff

                      By   s/ Brewster H. Jamieson
                         Brewster H. Jamieson, ASBA No. 8411122
                         301 West Northern Lights Boulevard, Suite 301
                         Anchorage, Alaska  99503-2648
                         Tel:  907-277-9511
                         Fax:  907-276-2631
                         Email:  jamiesonb@lanepowell.com

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

120845.0001/153411.1