MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Stonington Ins. Co. v. K & K Enterprises, et al.*
Case No. 3:05-cv-0182-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

    Plaintiff requests the entry of default judgment as to Gilbert Doyle Montiel.  Docket No. 6.  The Clerk is directed to enter default judgment in accord with Plaintiff's request.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  March 14, 2006

T:\Stonington.wpd