```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

STONINGTON INSURANCE COMPANY,
        Plaintiff,
                                        Case Number 3:05-cv-182 TMB
v.

K&K ENTERPRISES; KEVIN R. BLAKE;
and GILBERT DOYLE MONTIEL
        Defendants.            **DEFAULT JUDGMENT IN A CIVIL CASE**


Default judgment is entered against Gilbert Doyle Montiel for failure to plead or otherwise defend this action.

        IT IS ORDERED AND ADJUDGED:


        THAT the Stonington policy does not provide any coverage for the damages arising out of the February 9, 2005 accident with respect to defendant Gilbert Doyle Montiel as stated in the plaintiff's complaint.  Plaintiff is entitled to recover actual and reasonable attorneys' fees and other costs it incurred in pursuing this matter.


APPROVED:


__/s/ Timothy M. Burgess
_____
TIMOTHY M. BURGESS
United States District Judge


_____
Date: March 14, 2006

*NOTE: Award of prejudgment interest,*            _____
*costs and attorney's fees are governed*          Ida Romack, Clerk of Court
*by D.Ak. LR 54.1, 54.3, and 58.1.*

[Stonington Judgment.wpd]{JMT2.WPT*Rev.3/03}