Brewster H. Jamieson, ASBA No. 8411122
Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:    907-277-9511
Facsimile:    907-276-2631
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STONINGTON INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>v.<br><br>K&K ENTERPRISES; KEVIN R. BLAKE; and GILBERT DOYLE MONTIEL,<br><br>               Defendants. | Case No. 3:05-cv-00182-TMB<br><br>**DISMISSAL PRIOR TO ANSWER** |

      COMES NOW plaintiff, by and through its counsel of record, and gives notice that all claims brought or which might have been brought against defendants K&K Enterprises and Kevin R. Blake, in relation to the automobile accident that occurred on or about February 9, 2005, and which is the subject of the Complaint filed in this matter on August 2, 2005, are hereby dismissed with prejudice, for the reason that the issues presented against these defendants have been fully resolved.

      All claims against defendants K&K Enterprises and Kevin R. Blake only, are dismissed with prejudice. Plaintiff reserves the right to file claims in the future, against other potentially liable persons or entities should investigation reveal the existence of any such claims and defendants in relation to the events of February 9, 2005.

      This Notice of Dismissal Prior to Answer is in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure providing that an action may be dismissed by the plaintiff without

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

an order from the court by filing a notice of dismissal at any time before service by the adverse party of an answer.

    DATED this 2nd day of June, 2006.

                                      LANE POWELL LLC
                                      Attorneys for Plaintiff

                                      By  s/ Brewster H. Jamieson
                                         Brewster H. Jamieson, ASBA No. 8411122
                                         301 West Northern Lights Boulevard, Suite 301
                                         Anchorage, Alaska  99503-2648
                                         Tel:  907-277-9511
                                         Fax:  907-276-2631
                                         Email:  jamiesonb@lanepowell.com

120845.0001/154718.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631